**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-01931-CBS

MICHAEL LEPPER,

    Plaintiff,

v.

DILLON COMPANIES, INC. d/b/a KING SOOPERS, INC.

    Defendant.

---

## JOINT NOTICE OF SETTLEMENT

The parties advise the Court that they have reached a settlement agreement in this matter. The parties anticipate that it will take (60) sixty days to obtain final subrogation amounts from Medicare and Medicaid, to prepare and finalize the settlement ad release agreement, and then to file a stipulated motion to dismiss with prejudice. The parties request the status conference set for May 18, 2015 at 10:00 a.m. be vacated.

Respectfully submitted this 20th day of May 2015.

| | |
|---|---|
| s/ R. Keith Fuicelli | s/ Richard L. Angell |
| *Attorneys for Plaintiff(s)* | *Attorneys for Defendant(s)* |