IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 1:14-cv-01931-CBS

Michael Lepper

Plaintiff(s),

v.

Dillon Companies, Inc. d/b/a King Soopers, Inc.

Defendant(s).

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate that the above-captioned action be dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated this 27th day of May, 2015.

| | |
|---|---|
| FUICELLI & LEE, P.C. | ZUPKUS & ANGELL, P.C. |
| By: /s/ Jessica J. Cash | By: /s/ Richard L. Angell |
| Jessica J. Cash, Esq. | Richard L. Angell, Esq. |
| *Attorney for Plaintiff Michael Lepper* | *Attorney for Defendant Dillon* |
| 1731 Gilpin Street | *Co., Inc. d/b/a King Soopers, Inc.* |
| Denver, CO 80218 | 555 East 8th Avenue |
| | The McCourt Mansion |
| | Denver, CO 80203 |